# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. José R. Almonte, U.S.M.J. |
| | : | |
| v. | : | Magistrate No. 23-16057 |
| | : | |
| EDWARD M. O'HAGAN | : | **CRIMINAL COMPLAINT** |

I, Kelsey Granger, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

Continued on the attached pages and made a part hereof.

*/s/ Kelsey Granger*
_____
Special Agent Kelsey Granger
Federal Bureau of Investigation

Special Agent Granger attested to this Complaint by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A), on May 22, 2023.

*/s/ Hon. José R. Almonte*
_____
Honorable José R. Almonte
United States Magistrate Judge

## **ATTACHMENT A**

## **COUNT ONE**

(Transportation of Child Pornography)

On or about January 19, 2023, in Passaic County, in the District of New Jersey and elsewhere, the defendant,

**EDWARD M. O'HAGAN**,

knowingly transported any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(1).

## **COUNT TWO**

(Possession of Child Pornography)

On or about May 22, 2023, in Passaic County, in the District of New Jersey and elsewhere, the defendant,

### **EDWARD M. O'HAGAN**,

did knowingly possess and access with intent to view material that contained at least three images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## ATTACHMENT B

I, Kelsey Granger, am a Special Agent with the Federal Bureau of Investigation. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with witnesses and other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and in part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

### Background

1. At all times relevant to this Complaint, defendant Edward M. O'Hagan ("O' HAGAN") was a resident of Hawthorne, New Jersey.

### The Investigation

2. During the course of the investigation, law enforcement obtained records and legal process pertaining to two email accounts ("Account-1") and ("Account-2"), both of which were determined to belong to O'HAGAN. Law enforcement determined that O'HAGAN utilized Account-2 to transport video files containing child pornography in interstate commerce, namely, through the internet. The undersigned reviewed the files and confirmed the videos contain nude female children, some of whom are engaged in sexual acts with adult males, including two videos with the following file names and descriptions:

| File Name | Description |
|---|---|
| [Video-1] | This video depicts what appears to be a Caucasian female approximately between the ages of 10 and 12 years old, with shoulder length brown hair lying on a bed with a blue and white checkered comforter with yellow butterflies on it. The child is wearing a white bra and white panties. The child takes off her panties, spreads her legs exposing her vagina to the camera, and touches her vagina with her fingers. At approximately 16 seconds in, the video cuts to a different scene. What appears to be the same child, only wearing white panties, is straddling what appears to be an adult male wearing only a white t-shirt. The male's face appears to have been digitally edited out of the video by means of a white square. The male is lying on his back on a bed. A cross can be seen hanging from the closed door into the room. The male holds the child's hips as she moves back and forth upon his groin area, and as he thrusts up towards her. At approximately one minute into the video, the adult male takes off the female child's panties, before she straddles him again. The |

| File Name | Description |
|---|---|
| | male grabs the child's sides and buttocks and moves her up and down upon his groin area. At approximately 2 minutes and 40 seconds, the video cuts to a still picture of what appears to be the same female child, nude with a yellow towel wrapped around her head. She has her right hand on the bed with the blue and white checkered bedspread. She is leaning forward, her buttocks and vagina facing towards the camera. The child is spreading her buttocks apart with her left hand, exposing her anus and her vagina to the camera. The words "Tatis 11yo" are depicted on the screen. The video zooms in on her anus and vagina. The video is approximately 2 minutes and 46 seconds in length. |
| [Video-2] | This video depicts what appears to be a Caucasian prepubescent female child who is being penetrated in the anus by what appears to be an adult male's erect penis. The video pans to show the child is nude and has brown hair. The child appears to be between the ages of six to nine years old. The child has been placed on her head and hands, while her anus is raised in the air to be penetrated. The male ejaculates on the female child's anus. The child's vagina is shown. This video is approximately two minutes in length. |

3. The investigation revealed that email addresses associated with Account-1 and Account-2 each had accounts on an encrypted file storage platform (the "Platform"), which were used to upload and/or create files containing child pornography.

4. Account-1 and Account-2 accessed the Platform using an IP Address that was assigned to an account registered to O'HAGAN's residence in Hawthorne, New Jersey (the "Residence").

5. Law enforcement obtained a search warrant for the Residence and O'HAGAN's person. On or about May 22, 2023, law enforcement executed the search warrant. During the search, law enforcement seized, among other things, a laptop computer (the "Laptop Computer").

6. In a recorded statement, O'HAGAN admitted, in sum and substance, that he used Account-1 and Account-2, including on the Platform, and no one else had access to those accounts. He admitted to sending himself emails containing child pornography.

7. A preliminary review of the Laptop Computer revealed hundreds of images and videos depicting child pornography. The video and image files

included multiple visual depictions of prepubescent children engaged in sexual acts with adults and other children, including the following representative sample:

| File Name | Description |
|---|---|
| [Video-3] | This video is approximately 30 seconds long. The video appears to depict a prepubescent female, between approximately six and nine years of age, with brown skin and black hair lying on her front with her upper torso raised, between the legs of what appears to be an adult Caucasian male. She has what appears to be a blue hair tie in her hair. The male is only visible from the waist down. The male and the prepubescent female are lying on what appears to be a pink bedspread with a pattern on it. A darker pink blanket is visible to the upper left corner, and another individual may be on the bed, partially visible. The prepubescent female's mouth is on the penis of the adult male, and her hands are holding the base of his penis. She moves her mouth up and down on the adult male's penis. |
| [Video-4] | This video is approximately 13 seconds long. It appears to depict the lower torso of a prepubescent Caucasian female between approximately four and six years of age. She is wearing pink socks with a pattern on them and a pink shirt. She is nude from the waist down except for the socks. Her long, brown hair is visible in the video. The prepubescent female is squatting on what appears to be a white surface with a cloth behind her, with a white and blue pattern. She has a long, white cylindrical object inserted into her vagina. She is initially holding the white cylindrical object, and then what appears to be an adult hand becomes visible on screen, and takes hold of the object. The prepubescent female moves up and down with the object inserted in her vagina, while the adult hand holds the object. The object falls out of the prepubescent female's vagina, and the adult hand inserts the object back in the prepubescent female's vagina. |
| [Video-5] | This video is approximately 20 seconds long. It appears to depict a prepubescent female between approximately five and eight years old, with tan skin and brown hair. She has a blue hair tie in her ponytail. She is in front of a brick wall and is holding what appears to be an adult male penis in her right hand. She puts her mouth on the penis and the camera pans down to show the lower torso of what appears to be a Caucasian male wearing black pants and a black shirt. The pants are pulled down to expose his penis. The prepubescent female moves her mouth up and down on the adult male's penis. The male bends his left leg up as she |

| File Name | Description |
|---|---|
|  | removes her mouth from his penis. |

8.     Based upon my education, training and experience, and my discussions with other law enforcement officers, and to the best of my knowledge, the child pornography files described in Paragraphs 2 and 7 above, traveled in interstate commerce and were produced using materials that were mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the images were downloaded from and transmitted via the Internet.